NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLINT B. JOHNSON,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No.  2D18-5017
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____      )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto, Judge

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neil, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.